[No. 2037-1.  Division One.  May 13, 1974.]

THE STATE OF WASHINGTON, on the Relation of Raymund Brennan, Respondent, v. THE CITY OF SEATTLE et al., Appellants.

Appeal from a judgment of the Superior Court for King County, No. 742859, Warren Chan, J., entered November 2, 1972. Reversed by unpublished opinion per Williams, J., concurred in by Swanson, C.J., and Horowitz, J.

[No. 2209-42626-1.  Division One.  May 13, 1974.]

WILLIAM W. NIENDORFF, Appellant, v. M. J. R. WILLIAMS et al., Respondents.

Appeal from a judgment of the Superior Court for King County, No. 752631, Erle W. Horswill, J., entered October 24, 1972. Affirmed by unpublished opinion per Horowitz, J., concurred in by Swanson, C.J., and James, J.

[No. 1139-2.  Division Two.  May 17, 1974.]

THE STATE OF WASHINGTON, Respondent, v. DONALD D. HEMPHILL, Appellant.

Appeal from a judgment of the Superior Court for Lewis County, No. 3613, D. J. Cunningham, J., entered June 20, 1973. Affirmed by unpublished opinion per Armstrong, J., concurred in by Pearson, C.J., and Petrie, J.

[No. 2489-1.  Division One.  May 20, 1974.]

THE STATE OF WASHINGTON, Respondent, v. EDWARD FRANCIS SYLVESTER et al., Appellants.

Appeal from a judgment of the Superior Court for King County, No. 64167, Norman B. Ackley, J., entered July 24, 1973. Reversed by unpublished opinion per Farris, J., concurred in by Williams and Callow, JJ.